UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CROSSLIST BV

                         Plaintiff(s),                    **JOINT PROPOSED**
                                                    **CIVIL CASE MANAGEMENT PLAN**
           -against-

CROSS LISTING INC.,                                 Civ. 1:26-cv-304(NRM   ) (VMS)

CROSSLISTING 1 CORP., and

MICHAEL CHIERCHIO    Defendant(s).
-------------------------------------------------------------- x

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s):   Jeff Goehring, Esq.

For Defendant(s):   Hanna May, Esq.

A.  Do the parties request referral to the Court's ADR program?  Yes: [X]  No: [ ]

B.  Do the parties consent to proceed before a Magistrate Judge pursuant to <mark>28 U.S.C. § 636(c)</mark>?
    Yes: [ ]   If yes, fill out the AO 85 Notice, Consent and Reference of a Civil Action to a
              Magistrate Judge Form and file it on ECF. https://www.uscourts.gov/forms/civil-
              forms/notice-consent-and-reference-civil-action-magistrate-judge.
    No: [X]   If no, do not indicate which party declines consent.

C.  The parties may wish to engage in settlement discussions.
    If so, Plaintiff(s) will serve demand by 5/15/2026    . Defendant(s) will respond by 5/27/2026    .

D.  Defendant(s) will answer or otherwise respond to complaint by 5/27/2026    , if not yet done.

    The parties will serve Rule 26(a)(1) initial disclosures by 6/10/2026    , if not yet done.

    The parties will serve initial document requests and interrogatories on or before 9/15/2026    .

    Any joinder and/or amendments of the pleadings must be made by 7/1/2026    .

    The parties will complete fact discovery by 1/29/2027    .

    If the parties perform expert discovery, they will serve initial disclosures by 2/12/2027    ;
    initial expert reports by 3/12/2027    ; and rebuttal expert reports on or before 4/0/2027    .
    All discovery, including expert depositions, will be completed by 5/7/2027    , and the parties
    will file a joint letter certifying the close of all discovery by this same date.

    Other considerations the parties wish to bring to the Court's attention, such as the need for
    electronic discovery or confidentiality order: The parties agree to

        The parties agree to pursue court-referred ADR and intend to complete mediation before opening formal document

        discovery. Because this is a trademark action that may involve survey experts, the parties propose a longer-than-standard

        expert discovery period. The parties anticipate a stipulated confidentiality/protective order and ESI protocol. Defendants'

        answer date assumes the Court will rule on Defendants' pending pre-motion conference letter at or shortly after the CMC.