CROSSLIST BV,
Plaintiff,

v.

CROSS LISTING INC.,
CROSSLISTING 1 CORP.; and
MICHAEL CHIERCHIO

Defendants.

Case No. 1:26-cv-304

APPEARANCE

PLEASE TAKE NOTICE that Hanna May Esq. of the law firm of Cole-Frieman & Mallon LLP hereby appears as counsel for Defendants Cross Listing, Inc., Crosslisting 1 Corp., and Michael Chierchio, in the above-captioned case and the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the office and telephone numbers as follows:

Cole-Frieman & Mallon LLP
201 California St. Ste. 350
San Francisco, CA 94111
Telephone: 212-392-0199
hmay@colefrieman.com

PLEASE TAKE FURTHER NOTICE, that the foregoing requests also includes without limitation any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted by U.S. mail, electronic mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect any rights or interest of defendants.

Dated: New York, New York
May 1, 2026

Respectfully submitted,
/s/ Hanna May

Hanna May
Cole-Frieman & Mallon LLP
201 California St. Ste. 350
San Francisco, CA 94111
Telephone: 212-392 0199
hmay@colefrieman.com