CROSSLIST BV,

      *Plaintiff*,

v.

CROSS LISTING, INC.,
CROSSLISTING 1 CORP.; and
MICHAEL CHIERCHIO,

      *Defendants*.

Case No. 1:26-CV-304

## RULE 7.1 STATEMENT

Pursuant to Federal Rule 7.1, undersigned counsel for Cross Listing, Inc., Crosslisting 1 Corp., Michael Chierchio certifies the following:

1. There are no corporate affiliates, subsidiaries, and/or parent corporations, and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.

Dated:
May 6, 2026

Respectfully submitted,
/s/ *Hanna May*
Hanna May
Cole-Frieman & Mallon LLP
201 California St. Ste. 350
San Francisco, CA 94111
Telephone: 646-819-0366
hmay@colefrieman.com

Attorney for the Defendants Cross Listing, Inc.,
Crosslisting 1 Corp., and Michael Chierchio