CROSSLIST BV,

        *Plaintiff*,

v.

CROSS LISTING, INC.,
CROSSLISTING 1 CORP.; and
MICHAEL CHIERCHIO,

        *Defendants*.

Case No.  1:26-CV-304

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Iva Rukelj, Esq. of the law firm of Cole-Frieman & Mallon LLP hereby appears as counsel for Defendants CROSS LISTING, INC, CROSSLISTING 1 CORP, and MICHAEL CHIERCHIO, in the above-captioned case and the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the office and telephone numbers as follows:

Cole-Frieman & Mallon LLP
201 California St. Ste. 350
San Francisco, CA 94111
Telephone: 646-819-0366
irukelj@colefrieman.com

PLEASE TAKE FURTHER NOTICE, that the foregoing requests also includes without limitation any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, disclosure statement or request, whether formal or informal, whether oral or written,

and whether transmitted by U.S. mail, electronic mail, delivery, telephone, telegraphic, telex or

otherwise filed, which may effect or seek to effect any rights or interest of defendants.

Dated: New York, New York
May 11, 2026

Respectfully submitted,
/s/ Iva Rukelj

Iva Rukelj
Cole-Frieman & Mallon LLP
201 California St. Ste. 350
San Francisco, CA 94111
Telephone: 646-819-0366
irukelj@colefrieman.com