

Cole-Frieman & Mallon, LLP
201 California Street, Suite 350
San Francisco, CA 94111

Hanna May
Associate Attorney
212-392-0199
hmay@colefrieman.com
June 11, 2026

**VIA ECF**
The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *Crosslist BV v. Cross Listing Inc., et al.*, **No. 1:26-cv-00304-NRM-VMS**
          **Consent Motion for Extension of Initial Disclosure Deadline**

Dear Judge Scanlon:

We write jointly on behalf of all parties, plaintiff Crosslist BV and defendants Cross Listing Inc., et al., to respectfully request a brief extension of the parties' deadline to exchange initial disclosures under Fed. R. Civ. P. 26(a)(1). The parties respectfully ask that the Court excuse the timing given the parties' mutual consent and imminent mediation. Pursuant to Your Honor's Individual Rule II(b), the parties state:

1. The current deadline was June 10, 2026.
2. This is the parties' first request for an extension of this deadline.
3. All parties consent to this request.
4. The parties are scheduled to attend mediation before Kyle-Beth Hilfer on June 16, 2026, and respectfully submit that deferring initial disclosures pending mediation will conserve party and judicial resources.
5. The parties propose June 26, 2026 as the new deadline by which to exchange initial disclosures.
6. The requested extension does not affect any other scheduled dates or deadlines.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

| | |
|---|---|
| **COLE-FRIEMAN & MALLON LLP** | **NIXON & VANDERHYE P.C.** |
| *Counsel for Defendants* | *Counsel for Plaintiff Crosslist BV* |
| | |
| By: /s/ Hanna May | By: /s/ Jeffrey M. Goehring |
| Bill Samuels | Jeffrey M. Goehring |
| Hanna May | 901 North Glebe Rd., 11th Floor, |
| Iva Rukelj | Arlington, VA 22203 |
| 200 Madison Ave., 23rd Floor, | jgoehring@nixonvan.com |
| New York, NY 10016 | |
| hmay@colefrieman.com | |

*Plaintiff's counsel consents to and joins in this request.*