

Cole-Frieman & Mallon, LLP
201 California Street, Suite 350
San Francisco, CA 94111

Hanna May
Associate Attorney
212-392-0199
hmay@colefrieman.com

June 30, 2026

<u>**VIA ECF**</u>
The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Crosslist BV v. Cross Listing Inc., et al.*, No. 1:26-cv-00304 (NRM)(VMS)**
**Joint Status Report**

Dear Judge Morrison:

We write jointly on behalf of all parties, plaintiff Crosslist BV and defendants Cross Listing Inc., et al., to report the status of this action following the parties' mediation.

On June 16, 2026, the parties, through their respective counsel, participated in a mediation session conducted by Kyle-Beth Hilfer, Esq., by videoconference, pursuant to the Court's referral to the Mediation Program. As a result of that session, the parties are pleased to report that they have reached an agreement in principle, resolving all claims in this action.

The parties are currently drafting and executing a written settlement agreement memorializing the terms of their resolution. Upon execution, the parties anticipate filing a stipulation of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties thank the Court for its consideration of this request.

Respectfully submitted,

**COLE-FRIEMAN & MALLON LLP**
*Counsel for Defendants*

By: /s/ Hanna May

Bill Samuels
Hanna May
Iva Rukelj
200 Madison Ave., 23rd Floor,
New York, NY 10016
hmay@colefrieman.com

**NIXON & VANDERHYE P.C.**
*Counsel for Plaintiff Crosslist BV*

By: /s/ Jeffrey M. Goehring

Jeffrey M. Goehring
901 North Glebe Rd., 11th Floor,
Arlington, VA 22203
jgoehring@nixonvan.com