

Cole-Frieman & Mallon, LLP
201 California Street, Suite 350
San Francisco, CA 94111

Iva Rukelj
Associate Attorney
irukelj@colefrieman.com

July 24, 2026.

**VIA ECF**
Chief Mag. Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Crosslist BV v. Cross Listing Inc., et al.*, No. 1:26-cv-00304 (NRM)(VMS)
**Joint Status Report**

Dear Chief Mag. Judge Scanlon:

We write jointly on behalf of all parties, plaintiff Crosslist BV and defendants Cross Listing Inc., et al., to report the status of this action following the parties' mediation.

On June 16, 2026, the parties, through their respective counsel, participated in a mediation session conducted by Kyle-Beth Hilfer, Esq., by videoconference, pursuant to the Court's referral to the Mediation Program. As a result of that session, and as previously reported to the Court, the parties reached an agreement in principle, resolving all claims in this action.

The parties continue to work toward finalizing a written settlement agreement memorializing the terms of their resolution and are presently revising certain language in the draft agreement. The parties' intent remains to resolve and settle this action. Accordingly, the parties respectfully request that all deadlines in this action remain suspended, and propose that, within thirty (30) days—on or before August 31, 2026—the parties will either file a stipulation of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or submit a further joint status report to the Court. The parties thank the Court for its consideration of this request.

Respectfully submitted,

**COLE-FRIEMAN & MALLON LLP**          **NIXON & VANDERHYE P.C.**

*Counsel for Defendants*          *Counsel for Plaintiff Crosslist BV*

By: /s/ Iva Rukelj          By: /s/ Jeffrey M. Goehring

Iva Rukelj          Jeffrey M. Goehring
Bill Samuels          901 North Glebe Rd., 11th Floor,
Hanna May          Arlington, VA 22203
200 Madison Ave., 23rd Floor,          jgoehring@nixonvan.com
New York, NY 10016
irukelj@colefrieman.com