UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CROSSLIST BV,
Plaintiff,
-against-
CROSS LISTING INC., CROSSLISTING 1 CORP., and MICHAEL CHIERCHIO,
Defendants.

---------------------------------------------------------------x

Case No. 1:26-cv-00304-NRM-VMS

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Crosslist BV ("Plaintiff") and Defendants Cross Listing Inc., Crosslisting 1 Corp., and Michael Chierchio (together, "Defendants," and with Plaintiff, the "Parties") have entered into a confidential Settlement Agreement and Mutual Release effective as of August 31, 2026 (the "Settlement Agreement"), resolving all claims asserted in this action (the "Action"); and

WHEREAS, the Parties intend that the Action be dismissed with prejudice, and that the Court retain jurisdiction for a limited period to enforce the Settlement Agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, and, upon endorsement below, IT IS HEREBY ORDERED, that:

1. The Action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each Party to bear its own attorneys' fees, costs, and expenses.

2. Notwithstanding such dismissal, the Court shall retain jurisdiction over the Parties and the Action for one hundred twenty (120) days after entry of this Order (the "Enforcement Period") for the purpose of enforcing the Settlement Agreement. During the Enforcement Period, any Party

may apply to the Court by motion to enforce the Settlement Agreement, or to restore the Action to the Court's calendar, without commencing a new action.

3. The Settlement Agreement is confidential and need not be filed on the public docket. If review of the Settlement Agreement is required in connection with any application under Paragraph 2, the Parties may submit it for in camera review or seek leave to file it under seal.

4. If no application under Paragraph 2 is made on or before the expiration of the Enforcement Period, the dismissal shall, upon such expiration, be with prejudice in all respects and the Court's retention of jurisdiction shall terminate, in each case without further order of the Court.

Dated: August 31, 2026

COLE-FRIEMAN & MALLON LLP
Counsel for Defendants
By: /s/ Bill Samuels
Bill Samuels
Hanna May
Iva Rukelj
200 Madison Ave., 23rd Floor
New York, NY 10016
hmay@colefrieman.com

NIXON & VANDERHYE P.C.
Counsel for Plaintiff Crosslist BV
By: /s/ Jeffrey M. Goehring
Jeffrey M. Goehring
901 North Glebe Rd., 11th Floor
Arlington, VA 22203
jgoehring@nixonvan.com

**SO ORDERED.**

Dated: Brooklyn, New York
__________, 2026

HON. NINA R. MORRISON
United States District Judge